# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID JOHNSON, | : | No. 491 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| v. | : | **Opinion and Order** of the |
| | : | Commonwealth Court at No. 2420 CD |
| | : | 2015 entered on June 21, 2016, |
| PENNSYLVANIA BOARD OF | : | **affirming** the Decision of the Board of |
| PROBATION AND PAROLE, | : | Probation & Parole at Nos. KT-9370 and |
| | : | Parole No. 080-EK entered on October |
| Respondent | : | 23, 2015 |

## <u>ORDER</u>

**PER CURIAM**                                                    **DECIDED: June 26, 2107**

**AND NOW**, this 26th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** for reconsideration in light of *Pittman v. Pa. Bd. of Prob. & Parole*, ___ A.3d ___, 2017 WL 1489047 (Pa. Apr. 26, 2017).